UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:25-CR-448 CMS-JMB ) |
| ALFRED MONTGOMERY, | ) ) |
| Defendant. | ) |

**UNITED STATES OF AMERICA'S SUPPLEMENTAL RESPONSE TO DEFENDANT'S MOTION TO MODIFY BOND CONDITION**

COMES NOW the United States of America, by and through its attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Christine Krug, Assistant United States Attorney for said District, and supplements its response (Doc. 27) to the defendant's Motion to Modify Bond Condition (Doc. 22) with the following information.

As the defendant is now detained, the Government asserts that the defendant's motion to allow his possession of firearms is moot. Further, if the defendant's detention order should be revoked prior to trial, 18 U.S.C. 922(n) would prohibit his receipt of firearms, also rendering the motion moot.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

/s/ *Christine H. Krug*
CHRISTINE H. KRUG #42586 MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system all counsel of record.

        */s/ Christine H. Krug*
        CHRISTINE H. KRUG, #42586MO
        ASSISTANT UNITED STATES ATTORNEY