UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:25-CR-448 CMS-JMB |
| | ) |
| ALFRED MONTGOMERY, | ) |
| | ) |
| Defendant. | ) |

**UNITED STATES OF AMERICA'S NOTICE OF INTENT TO RESPOND**

COMES NOW the United States of America, by and through its attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Christine Krug, Assistant United States Attorney for said District, and notifies the Court that it does intend to file a response in opposition to the defendant's Motion/Appeal to Revoke the Court's Order of Detention (Doc. 50). The Government has ordered an expedited copy of the transcript of the Bond Revocation Hearing held on October 14, 2025 in order to provide the Court with relevant citations. Upon receipt of the transcript, the Government requests seven business days to file its Response.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

/s/ *Christine H. Krug*
CHRISTINE H. KRUG #42586 MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system all counsel of record.

                    */s/ Christine H. Krug*
                    CHRISTINE H. KRUG, #42586MO
                    ASSISTANT UNITED STATES ATTORNEY